Main Document    Page 1 of 5

Michael H. Colmenares, Bar No. 123024
Law Offices of Colmenares & Tomilowitz
1321 Post Avenue, Ste. 201
Torrance, CA 90501

Telephone: (310) 851-8072
Facsimile: (310) 851-8078

Attorney for Debtor, Roberto Ramos-Serrano

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In Re: | ) | Chapter 7 |
|---|---|---|
| Roberto Ramos-Serran | ) | Case No: LA11-50683-PC. |
| | ) | Notice to Credit Reporting Agencies and Creditors Re: Use of Unauthorized Social Security Number By the Debtor |
| Debtor. | ) | Date:          Time: |
| | ) | Ctrm: |

**NOTICE TO CREDIT REPORTING AGENCIES and CREDITORS**

To EQUIFAX, EXPERIAN (TRW) Profile Maintenance, TRANS UNION CORP., Attention: Public Records Department, and all creditors of Roberto Ramos-Serrano :

My office represents, the Debtor Roberto Ramos-Serrano relative to the filing of their Chapter 7 bankruptcy case commenced on September 27, 2011 and assigned Case Number LA11-50683-PC.

Please be advised that with respect to this debtor the following social security number, 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 appears as an attachment to the above-named debtor Chapter 7 Bankruptcy Petition.

Attached hereto collectively as Exhibit "1" is a declaration by debtor in which he states which social security number was improperly used by the debtor. Debtor used the referenced social security numbers, but was never issued this number by the Social Security Administration. Debtor only has an Individual Tax Identification Number, which is: 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.

To the credit reporting agencies, please cause the debtor's bankruptcy case information and any reference thereto to be deleted in its entirety from the credit report of the person(s) having social security number, 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.

To the creditors of Roberto Ramos-Serrano, please make sure that the debtor's account information deletes any reference to social security number, 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, and that this social security number not be included in any information that is sent to credit reporting agencies regarding the debtor's accounts.

For further information or verification, please contact my office at the above referenced telephone number.

Dated: September 30, 2011

Colmenares & Tomilowitz

Michael H. Colmenares,
Attorney for the Debtor

# Proof of Service

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I, Sandy S Gutierrez, I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 1321 Post Avenue, Ste. 201, Torrance, CA 90501.

On September 30, 2011, I served the foregoing documents described as: **Notice To Credit Reporting Agencies and Creditors Re: Use of Unauthorized Social Security Number** on all interested parties in this action.

(X) by placing the (X) true copies thereof, enclosed in sealed envelope addressed as follows:

Office of the U.S. Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017

Brad D Krasnoff Chapter 7 Trustee, 221 N Figueroa Street, Suite 1200, Los Angeles, CA 90012;

Equifax, PO Box 144717, Orlando, FL 32814;

Experian (TRW) Profile Management, PO Box 9595, Allen TX 75013-9595;

Trans Union, Attn: Public Reports Dept., 555 W Adams Street, Chicago, IL 60661.

[And attached creditors mailing list]

(X) BY MAIL
(X) ** I deposited such envelope in the mail at Torrance, California. The envelope was mailed with postage thereon prepaid.

() As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. Postal Service on that same day with postage thereof fully prepaid and deposited in a timely manner. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date of postage date is more than one (1) day after date of deposit for mailing an affidavit.

Executed on September 30, 2011 at Torrance, California.

() STATE I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) Federal I declare that I am employed in the office of member of the Bar of this Court at whose direction the service was made.

_____
Sandy S Gutierrez

Roberto Ramos-Serrano
12604 Oxford Ave
Apartment C
Hawthorne, CA 90250


Michael H. Colmenares
Law Offices of Colmenares & Tomilowitz
1321 Post Ave.
Suite 201
Torrance, CA 90501


American Exress
P.o.Box 0001
Los Angeles, CA 90096


BanK of America
P.o.Box 21846
Greensboro, NC 27420


Best Buy
P.o.Box 60148
City Of Industry, CA 91716


Centinela Hospital Med Ctr
c/o California Business Bureau
1711 South Mountain Avenue
Monrovia, CA 91016


GE Money Bank/Lowes
P.O. Box 530914
Atlanta, GA 30353

Declaration of Debtor Regarding Use of Unauthorized Social Security Number

Case Number: 2:11-bk-50683

Debtor's Name: **Roberto Ramos-Serrano**

　　　　AKA   Roberto Ramosto, Roberto Ramos

I, **Roberto Ramos-Serrano**, hereby declare as follows:

1. I am he debtor in the instant action, if called upon to testify; I could and would completely testify to the facts of my own personal knowledge.

2. I have used the following Social security Numbers, which was not assigned to me by the Social Security Administration.

   *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*

3. The Internal Revenue Service issued us the Individual Tax Identification Numbers which appears on my Bankruptcy Petition to me.

   *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*

4. I am serving the three credit reporting agencies, creditors and all interested parties as requested by the United States Bankruptcy Court.

5. **D.O.B: June 07, 1974 I am 37 yrs old.**

6. I have lived at the following addresses during the past six years:

*Lived at this address from 2002-2006*
*12605 York Ave*
*Hawthorne, CA 90250*

*Lived at this address from 2006-Present*
*12604 Oxford Ave, #C*
*Hawthorne, CA 90250*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9/27/11

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Roberto Ramos-Serrano**